THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DANAHY PACKING COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals granted

and question for review certified. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Rose Licciardi, Respondent, v. The Importers and Exporters Insurance Company of New York, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Beatrice Doyle Murray, as Administratrix, etc., of Herbert W. Murray, Deceased, Appellant, v. The State of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.